In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-04-009 CV


____________________



NEWELL GRIFFIN, Appellant



V.



JEFFERSON COUNTY CORRECTIONAL FACILITY AND 


DR. HARVEY RANDOLPH, JR., Appellees






On Appeal from the 136th District Court


Jefferson County, Texas


Trial Cause No. D-168631






MEMORANDUM OPINION (1)


 Newell Griffin, appellant, filed a motion to dismiss this appeal. The Court finds
that this motion is voluntarily made by the appellant prior to any decision of this Court and
should be granted. Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal.

 It is, therefore, ORDERED that the motion to dismiss be granted and the appeal is
therefore DISMISSED. 

 PER CURIAM


Opinion Delivered January 29, 2004 

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.